IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JOHN J. GAURUDER, et al.,<br><br>       Defendants. | ORDER OF REFERENCE<br><br>Civil No. 1:06-CV-00088 PGC |

  IT IS ORDERED that, as authorized by 28 U.S.C. § 636(b)(1)(B) and the rules of this Court, the above entitled case is referred to Magistrate Judge Samuel Alba. The magistrate judge is directed to manage the case, receive all motions, hear oral arguments, conduct evidentiary hearings as deemed appropriate, and to submit to the undersigned judge a report and recommendation for the proper resolution of dispositive matters presented.

  DATED this 26th day of October, 2006.

            BY THE COURT:

            _____
            Paul G. Cassell
            United States District Judge