BRETT L. TOLMAN
United States Attorney

JARED BENNETT
Assistant United States Attorney

CHAD D. NARDIELLO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 307-6322
             (202) 514-6632

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 06-cv-00088-PGC |
| Plaintiff, ) | |
| v. ) | |
| ) | UNITED STATES' RESPONSE TO |
| JOHN J. GAURUDER, an individual; ) | AVERMENT OF NOTICE |
| JANA GAURUDER, an individual; ) | |
| JANA GAURUDER, as Trustee of ) | |
| HIGH TETONS, A TRUST; ) | |
| UTAH STATE TAX COMMISSION; and ) | |
| US BANK, HOME MORTGAGE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The United States of America ("United States"), through its undersigned counsel, hereby

responds to the Averment of Notice ("Notice") filed by John and Jana Gauruder (collectively the

"Gauruders").[1]

On September 9, 2007, the Gauruders filed the Notice essentially raising the two following assertions: (1) this Court is without subject matter jurisdiction because counsel for the United States does not have the proper delegation of authority to bring this action, and (2) to have a case there must be two parties, and because the Gauruders have not appeared in this action, there is only one party, thus, there is no case before this Court. Notice at pg. 2, and 5-7.

These two assertions are identical to those raised in two other pleadings recently filed by the Gauruders on September 9, 2007 and September 15, 2007. Docket Entries No. 39 and 41. On September 21, 2007, the United States responded to these two pleadings. Docket Entry No. 42. In response to the Notice, the United States incorporates, by reference herein, the arguments raised in its response dated September 21, 2007, located at docket entry number 42.

///
///
///
///
///
///
///
///

---

[1] The Notice, though not captioned as a motion, raises issues regarding this Court's jurisdiction to hear this action. Thus, the United States is filing this response to the extent the Gauruders' are moving this Court for relief.

WHEREFORE, to the extent the Gauruders', through the Notice, are moving this Court for relief, the United States respectfully requests that this Court deny any such relief.

DATED this 16th day of October, 2007

Respectfully submitted,

BRETT L. TOLMAN
United States Attorney

JARED BENNETT
Assistant United States Attorney


 s/ Chad D. Nardiello
CHAD D. NARDIELLO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 514-6632
Facsimile:    (202) 307-0054

Attorneys for United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that I have made service of the foregoing UNITED STATES' RESPONSE TO AVERMENT OF NOTICE upon the parties hereto by depositing in the United States mail on the 16th day of October, 2007, a true copy thereof, enclosed in an envelope with postage thereon, addressed to:

JOHN J. GAURUDER
JANA GAURUDER
JANA GAURUDER Trustee, HIGH TETONS, A TRUST
926 North 2300 West
Tremonton, Utah 84337

UTAH STATE TAX COMMISSION
160 East 300 South, 5th Floor
Post Office Box 140874
Salt Lake City, Utah 84114

US BANK, HOME MORTGAGE, NA
475 East 200 South
Salt Lake City, Utah 84111
Attn: Glade Williams

                                                  s/ Chad D. Nardiello
                                                  CHAD D. NARDIELLO
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice