IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN J. GAURUDER, et al.,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 1:06-CV-88-CW-SA |

This matter is before the court on that United States of America's motion to dismiss Defendant US Bank, Home Mortgage. The matter was referred to United States Magistrate Judge Samuel Alba. On October 22, 2008, Judge Alba issued a Report and Recommendation that suggested granting Plaintiff's motion (Dkt. No. 66). No party has filed an objection to the Report and Recommendation, and the court has thoroughly reviewed it and found it to be correct in all material respects. Accordingly, the Report and Recommendation is adopted as the order of the court.

SO ORDERED this 24th day of November, 2008.

BY THE COURT:

Clark Waddoups
United States District Judge